UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNY W. WOODS, et al. | CIVIL ACTION NO. 05-2048-A |
| -vs- | JUDGE DRELL |
| REYNOLDS INDUSTRIAL CONTRACTORS, et al. | MAGISTRATE JUDGE KIRK |

J U D G M E N T

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, noting the absence of objections to the report and recommendation, and concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that Plaintiffs' motion to remand (Doc. #12) is DENIED.

SIGNED on this 23rd day of May, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge