UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNY W. WOODS, et al. | CIVIL ACTION NO. 05-2048-A |
| -vs- | JUDGE DRELL |
| REYNOLDS INDUSTRIAL CONTRACTORS, et al. | MAGISTRATE JUDGE KIRK |

## R U L I N G

Before the Court is a motion by Reynolds Industrial Contractors, Inc. to sever it and dismiss the suit as to it (Doc. No. 28). The motion is unopposed. For the reasons set forth in the adopted Report and Recommendation herein (Doc. Nos. 26 & 27), the motion is GRANTED. Reynolds Industrial Contractors, Inc. is hereby severed as a party and suit against it will be dismissed with prejudice.

SIGNED on this 27th day of November, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge